UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Samiel Asghedom

                      Plaintiff,

v.                                                                        Case No.: 1:22−cv−06051
                                                                       Honorable Nancy L. Maldonado

The Partnerships and Unincorporated Associations
Identified on Schedule A

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 24, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: For the reasons set forth in Plaintiff's motion, the supporting memoranda, and the temporary restraining order, Plaintiff's motion for a temporary restraining order, including a temporary injunction, a temporary asset restraint, and expedited discovery [27], is granted. Plaintiff's filings support proceeding (for the time being) on an ex parte basis. Specifically, were Defendants to be informed of this proceeding before a TRO could issue, it is likely assets and websites would be redirected, thus defeating Plaintiff's interests in identifying the individuals and entities operating Defendant, stopping Defendant's infringing conduct, and obtaining an accounting. In addition, the evidence submitted by Plaintiff shows a substantial likelihood of success on the merits (including evidence of active infringement and sales into Illinois), the harm to Plaintiff is irreparable, and an injunction is in the public interest. Electronic service of process does not violate any treaty and is consistent with due process because it effectively communicates the pendency of this action to Defendants. See, e.g., Oakley, Inc. v. P'ships & Unincorporated Ass'ns Identified in Schedule "A," No. 20−CV−05049, 2021 WL 2894166, at *5 (N.D. Ill. July 9, 2021) (finding electronic service proper in similar circumstances). Expedited discovery is warranted to identify Defendants and to implement the asset freeze. Plaintiff shall deposit with the Clerk of Court one thousand dollars ($1,000.00), either cash or surety bond, as security. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.